**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| **BRIAN SMITH** § | |
| § | |
| § | CASE NUMBER 9:18-CV-00166-RC |
| **v.** § | |
| § | |
| § | |
| **COMMISSIONER OF SOCIAL SECURITY** § | |

### ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The court ordered that this matter be referred to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable law and orders of this court. The court has received and considered the Report of the United States Magistrate Judge pursuant to such order, along with the record and pleadings. No objections to the Report of the United States Magistrate Judge were filed by the parties.

Accordingly, the findings of fact and conclusions of law of the United States Magistrate Judge are correct, and the Report of the United States Magistrate Judge is **ACCEPTED**. A Final Judgment will be entered separately.

So ORDERED and SIGNED, Jun 12, 2020.

_____
Ron Clark
Senior Judge