IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

BRIAN SMITH,

             Plaintiff,

vs.

COMMISSIONER OF SOCIAL
SECURITY,

             Defendant.

No. 9:18-CV-00166-TH

## ORDER

Pending before the Court is Plaintiff's *Petition to Obtain Approval of a Fee for Representing a Claimant Under the Social Security Act.* (Doc. No. 28.) Neither party filed objections to the magistrate judge's report recommending that the request be granted. (Doc. No 30.) It is therefore

      **ORDERED** that the Report and Recommendation of the magistrate judge is **ADOPTED** and Plaintiff's motion is **GRANTED**. It is further

      **ORDERED** that the Defendant Commissioner of Social Security shall pay the Petitioner, as attorney fee under 42 U.S.C. Section 406(b), the amount of $18,592.75 from the Plaintiff's past-due benefits. Upon receipt of said amount, the Petitioner shall refund to the Plaintiff $4,746.83, previously awarded under the Equal Access to Justice Act (28 U.S.C. Section 2412(d)).

      **SIGNED** this the 27 day of **April, 2022.**

Thad Heartfield
United States District Judge